IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LEON BERNARD SPIKES, JR.                                    PETITIONER
Reg #87648-020

v.                          No. 2:23-cv-102-DPM

C. GARRETT, Warden,
FCI-Forrest City                                            RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 14*, and overrules Spikes's objections, *Doc. 15*. Fed. R. Civ. P. 72(b)(3). The BOP correctly calculated Spikes's sentence. A timeline is attached to this Order. Spikes's § 2241 petition, *Doc. 1*, will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2024

- 4 December 2007 - Arrest
- 11 December 2007 - State parole revoked and began state sentence
- 25 April 2008 - State lent Spikes to federal authorities on a writ
- 22 October 2009 - Sentencing in federal court
- 9 November 2009 - returned to state custody
- 12 September 2011 - completed serving state sentence
- Present

Time requested by Spikes.

Credited to federal sentence.

Federal Sentence. Had it not run concurrent, would have begun on 12 September 2011.