IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LEON BERNARD SPIKES, JR.  PETITIONER
Reg #87648-020

v.  No. 2:23-cv-102-DPM

C. GARRETT, Warden,
FCI-Forrest City  RESPONDENT

## JUDGMENT

Spikes's § 2241 petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2024